UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE ARKANSAS,<br>　　　Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>WILMINGTON TRUST, NATIONAL<br>ASSOCIATION, AS SUCCESSOR<br>TRUSTEE TO CITIBANK, N.A., AS<br>TRUSTEE FOR BEAR STERNS ASSET<br>BACKED SECURITIES I TRUST<br>2006-HE4 ASSET-BACKED<br>CERTIFICATES, SERIES 2006-HE4, and<br>PAULA DIANE DUNCANSON,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:21-CV-0122-B-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56*, filed August 20, 2021 (doc. 29), is **GRANTED** as to the defendants' counterclaim for foreclosure and attorneys' fees in the amount of $16,167.31, and **DENIED** as to their counterclaim for declaratory judgment. By separate judgment, the defendants will be awarded their attorneys' fees in the amount of $16,167.31, and they will be authorized to foreclose on their lien on the real property located at 6415 Lazy River Drive, Dallas, Texas 75241 in accordance with the Note, Deed of Trust, and § 51.002 of the Texas Property

Code.

**SIGNED** this 4th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

2