UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE ARKANSAS,<br>      Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>WILMINGTON TRUST, NATIONAL<br>ASSOCIATION, AS SUCCESSOR<br>TRUSTEE TO CITIBANK, N.A., AS<br>TRUSTEE FOR BEAR STERNS ASSET<br>BACKED SECURITIES I TRUST<br>2006-HE4 ASSET-BACKED<br>CERTIFICATES, SERIES 2006-HE4, and<br>PAULA DIANE DUNCANSON,<br>      Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:21-CV-0122-B-BH<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. Wilmington Trust National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Sterns Asset Backed Securities I Trust 2006-HE4, Asset-Backed Certificates, Series 2006-HE4, is entitled and authorized to foreclose on their lien on the real property collateral located at 6415 Lazy River Drive, Dallas, Texas 75241.

2. The defendants shall recover from and against the plaintiff their reasonable attorneys' fees and costs in the amount of $16,167.31.

3. The taxable costs of court, as calculated by the clerk of the court, are assessed against the plaintiff.

4. Any relief not specifically granted in this Judgment is denied.

5. The Clerk shall transmit a true copy of this Final Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SIGNED** this 4th day of March, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

_____